**CASECHECKED, 341held, BTHDISCHARGED, CLOSED**

# U.S. Bankruptcy Court
## Eastern District of Michigan (Detroit)
## Bankruptcy Petition #: 17-51036-mlo

|  |  |
|---|---|
| *Assigned to:* Judge Maria L. Oxholm | *Date filed:* 07/31/2017 |
| Chapter 13 | *Date terminated:* 05/16/2023 |
| Voluntary | *Debtor discharged:* 03/08/2023 |
| Asset | *Joint debtor discharged:* 03/08/2023 |
|  | *Plan confirmed:* 12/08/2017 |
|  | *341 meeting:* 09/12/2017 |
|  | *Deadline for filing claims:* 12/11/2017 |

*Debtor disposition:* Standard Discharge
*Joint debtor disposition:* Standard Discharge

**Debtor**                                                                  represented by **Jessica M. Lane**
**Michael David Campbell**                                                  42657 Garfield
38850 Long St                                                               Suite 211
Harrison Township, MI 48045                                                 Clinton Township, MI 48038
MACOMB-MI                                                                   586-263-1700
SSN / ITIN: xxx-xx-6361                                                     Email: jessica@lanelaw.biz
*aka* **Mike Campbell**
*aka* **Michael D Campbell**
*dba* **Coaching**

**Joint Debtor**                                                            represented by **Jessica M. Lane**
**Alicia Dawn Campbell**                                                    (See above for address)
38850 Long St
Harrison Township, MI 48045
MACOMB-MI
SSN / ITIN: xxx-xx-6985
*aka* **Alicia D Campbell**

**Trustee**
**Tammy L. Terry**
Buhl Building
535 Griswold
Suite 2100
Detroit, MI 48226
313-967-9857

| Filing Date | # | Docket Text |
|---|---|---|
| 07/31/2017 | [1](#) (57 pgs) | Chapter 13 Voluntary Petition, *Schedules, and Statements* : Fee Amount $310. Filed by Michael David Campbell, Alicia Dawn Campbell (Lane, Jessica) CORRECTIVE ENTRY: MODIFIED DEBTORS NAMES FROM MICHAEL CAMPBELL, ALICIA CAMPBELL TO MICHAEL DAVID |

| | | |
|---|---|---|
| | | CAMPBELL, ALICIA DAWN CAMPBELL. Modified on 8/1/2017 (nlt). (Entered: 07/31/2017) |
| 07/31/2017 | | Receipt of Voluntary Petition (Chapter 13)(17-51036) [misc,volp13] ( 310.00) filing fee. Receipt number 30109331, amount . (U.S. Treasury) (Entered: 07/31/2017) |
| 07/31/2017 | [2](#) (1 pg) | Bankruptcy Petition Cover Sheet Filed by Joint Debtor Alicia Dawn Campbell, Debtor Michael David Campbell. (Lane, Jessica) Modified on 8/1/2017 (nlt). (Entered: 07/31/2017) |
| 07/31/2017 | [3](#) (3 pgs) | Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period Form 122C-1 Filed by Joint Debtor Alicia Dawn Campbell, Debtor Michael David Campbell. (Lane, Jessica) Modified on 8/1/2017 (nlt). (Entered: 07/31/2017) |
| 07/31/2017 | [4](#) (8 pgs) | Chapter 13 Calculation of Your Disposable Income Form 122C-2 Filed by Joint Debtor Alicia Dawn Campbell, Debtor Michael David Campbell. (Lane, Jessica) Modified on 8/1/2017 (nlt). (Entered: 07/31/2017) |
| 07/31/2017 | 5 | Statement About Your Social Security Numbers Filed by Joint Debtor Alicia Dawn Campbell, Debtor Michael David Campbell. (Lane, Jessica) Modified on 8/1/2017 (nlt). (Entered: 07/31/2017) |
| 08/01/2017 | | Modified Name of Debtor re: [1](#) (admin) (Entered: 08/01/2017) |
| 08/01/2017 | | Modified Name of Joint Debtor re: [1](#) (admin) (Entered: 08/01/2017) |
| 08/01/2017 | | Added Alias for Debtor re: [1](#) (admin) (Entered: 08/01/2017) |
| 08/01/2017 | [6](#) (2 pgs) | Notice of Missing Documents Chapter 13 Plan due by 8/15/2017. Incomplete Filings due by 8/15/2017. (MMS) (Entered: 08/01/2017) |
| 08/01/2017 | [7](#) (2 pgs) | Notice of Deficient Pleading: Electronic Signature Missing or Incorrect Format ECF Procedure 11 (d)(1). (RE: related document(s)[1](#) Voluntary Petition (Chapter 13) filed by Debtor Michael David Campbell, Joint Debtor Alicia Dawn Campbell, [4](#) Chapter 13 Calculation of Your Disposable Income Form 122C-2 filed by Debtor Michael David Campbell, Joint Debtor Alicia Dawn Campbell) Electronic Signature Missing or Incorrect Format ECF Procedure 11 (d)(1) due on 8/8/2017. (MMS) (Entered: 08/01/2017) |
| 08/01/2017 | | Flags Set CASECHECKED. (MMS) (Entered: 08/01/2017) |
| 08/02/2017 | [8](#) (2 pgs) | Meeting of Creditors 341(a) meeting to be held on 9/12/2017 at 10:00 AM at Room 315, 211 W. Fort St. Bldg., Detroit 341. Debtor's Financial Management Course Certificate is Due No Later than the last plan payment. Joint Debtor's Financial Management Course Certificate is Due No Later than the last plan payment. Last day to oppose dischargeability of certain debts is 11/13/2017. Proofs of Claims due by 12/11/2017. Last day to Object to Confirmation 10/3/2017. Confirmation hearing to be held on 10/16/2017 at 11:00 AM at Courtroom 1875. (csiku) (Entered: 08/02/2017) |

| Date | Doc # | Description |
|---|---|---|
| 08/02/2017 | [9](#) (3 pgs) | Chapter 13 Case Management Order. (csiku) (Entered: 08/02/2017) |
| 08/02/2017 | [10](#) (1 pg) | THIS PLEADING HAS BEEN STRICKEN PER ORDER OF THE COURT DATED 08/04/2017. Certificate of Service *of Income Tax Returns and Pay Stubs on Chapter 13 Trustee* Filed by Joint Debtor Alicia Dawn Campbell, Debtor Michael David Campbell. (Lane, Jessica) Modified on 8/4/2017 (lmoss). (Entered: 08/02/2017) |
| 08/03/2017 | [11](#) (3 pgs) | BNC Certificate of Mailing. (RE: related document(s)[7](#) Deficiency Notice (BK)) No. of Notices: 1. Notice Date 08/03/2017. (Admin.) (Entered: 08/04/2017) |
| 08/03/2017 | [12](#) (3 pgs) | BNC Certificate of Mailing. (RE: related document(s)[6](#) Notice of Missing Documents) No. of Notices: 1. Notice Date 08/03/2017. (Admin.) (Entered: 08/04/2017) |
| 08/04/2017 | 13 | Order of the Court to Strike: This pleading is stricken from the record because the incorrect event has been used (related documents Certificate of Service). So Ordered by /s/ Judge Maria L. Oxholm.(RE: related document(s)[10](#) Certificate of Service filed by Debtor Michael David Campbell, Joint Debtor Alicia Dawn Campbell) (csiku) *This Notice of Electronic Filing is the Official ORDER for this entry. No ORDER is attached.* (Entered: 08/04/2017) |
| 08/04/2017 | [14](#) (1 pg) | Payment Order for Employer Defense Finance and Accounting Services, to Pay Trustee $1,070.33 Bi-Weely . (TLC) (Entered: 08/04/2017) |
| 08/04/2017 | [15](#) (3 pgs) | BNC Certificate of Mailing - Meeting of Creditors. (RE: related document(s)[8](#) Meeting of Creditors Chapter 13) No. of Notices: 13. Notice Date 08/04/2017. (Admin.) (Entered: 08/05/2017) |
| 08/07/2017 | [16](#) (30 pgs) | Cover Sheet for Amendments to Schedules and or Statements filed Re: Voluntary Petition for Individuals Filing for Bankruptcy, Schedule A/B Property, Schedule C The Property You Claim as Exempt-Debtor, Schedule D Creditors Who Have Claims Secured by Property, Schedule I Your Income, Schedule J Your Expenses, Fee Amount $31 Filed by Joint Debtor Alicia Dawn Campbell, Debtor Michael David Campbell. (Lane, Jessica) (Entered: 08/07/2017) |
| 08/07/2017 | | Receipt of Cover Sheet for Amendments to Schedules and or Statements(17-51036-mlo) [misc,amdsch] ( 31.00) filing fee. Receipt number 30149719, amount . (U.S. Treasury) (Entered: 08/07/2017) |
| 08/07/2017 | [17](#) (8 pgs) | Corrected Chapter 13 Calculation of Your Disposable Income Form 122C-2 Filed by Joint Debtor Alicia Dawn Campbell, Debtor Michael David Campbell. (Lane, Jessica) (Entered: 08/07/2017) |

| | | |
|---|---|---|
| 08/07/2017 | [18](#) (13 pgs) | Chapter 13 Plan Filed by Joint Debtor Alicia Dawn Campbell, Debtor Michael David Campbell (RE: related document(s)[6](#) Notice of Missing Documents). (Lane, Jessica) (Entered: 08/07/2017) |
| 08/07/2017 | [19](#) (2 pgs) | Certificate of Service Filed by Joint Debtor Alicia Dawn Campbell, Debtor Michael David Campbell (RE: related document(s)[18](#) Chapter 13 Plan). (Lane, Jessica) (Entered: 08/07/2017) |
| 08/09/2017 | [20](#) (4 pgs) | Request for Notice by *Federal Savings Bank*. (Arnold, Jenelle) (Entered: 08/09/2017) |
| 08/24/2017 | [21](#) (5 pgs) | Second Cover Sheet for Amendments to Schedules and or Statements filed Re: Schedule I Your Income, Filed by Joint Debtor Alicia Dawn Campbell, Debtor Michael David Campbell. (Lane, Jessica) (Entered: 08/24/2017) |
| 08/25/2017 | [22](#) (2 pgs) | Stipulation By and Between Standing Chapter 13 Trustee and Debtors to Amend Payment Order for Employer US Department of Defense, c/o Defense Finance and Accounting Services, to Pay Trustee $995.02 per bi-weekly pay Filed by Joint Debtor Alicia Dawn Campbell, Debtor Michael David Campbell. (Lane, Jessica) (Entered: 08/25/2017) |
| 08/25/2017 | [23](#) (1 pg) | Payment Order for Employer Defense Finance and Accounting Services ("Payor"), to Pay Trustee $995.02 Bi-Weekly . (TLC) (Entered: 08/25/2017) |
| 08/25/2017 | [24](#) (4 pgs) | Notice of Appearance and Request for Notice Filed by Creditor Nationstar Mortgage, LLC. (Steffani, Kristy) (Entered: 08/25/2017) |
| 08/31/2017 | [25](#) (1 pg) | Certificate of Service *Copy of Payment Order*. (^Terry, Tammy (pw)) (Entered: 08/31/2017) |
| 09/05/2017 | [26](#) (1 pg) | Personal Financial Management Course Certificate for Joint Debtor Alicia Dawn Campbell. (Bonsky, Nicholas) (Entered: 09/05/2017) |
| 09/05/2017 | [27](#) (1 pg) | Personal Financial Management Course Certificate for Debtor Michael David Campbell. (Bonsky, Nicholas) (Entered: 09/05/2017) |
| 09/13/2017 | | Meeting of Creditors Held on **9/12/2017**. (Terry, Tammy) (Entered: 09/13/2017) |
| 09/13/2017 | [28](#) (4 pgs) | Objection to Claim Number 4 of Claimant FREESTAR FINANCIAL CREDIT UNION. Filed by Trustee Tammy L. Terry. Hearing scheduled 11/20/2017 at 11:00 AM at Courtroom 1875. Response due by 11/13/2017. (^Terry, Tammy (pw)) (Entered: 09/13/2017) |
| 09/15/2017 | [29](#) (2 pgs) | Trustee's Objection to Confirmation of Chapter 13 Plan w/Certificate of Service . (^Terry, Tammy (LE)) (Entered: 09/15/2017) |
| 09/20/2017 | [30](#) (5 pgs) | Objection to Confirmation of Plan Filed by Creditor Nationstar Mortgage, LLC (RE: related document(s)[18](#) Chapter 13 Plan). (Steffani, Kristy) (Entered: 09/20/2017) |

| | | |
|---|---|---|
| 10/03/2017 | [31](#)<br>(2 pgs) | Notice of Withdrawal of Objection to Claim FREESTAR FINANCIAL CREDIT UNION Filed by Trustee Tammy L. Terry (RE: related document(s)28 Objection to Claim with response date and Notice of Hearing filed by Trustee Tammy L. Terry). (^Terry, Tammy (pw)) (Entered: 10/03/2017) |
| 10/09/2017 | [32](#)<br>(2 pgs) | Debtor's Chapter 13 Confirmation Hearing Certificate Filed by Joint Debtor Alicia Dawn Campbell, Debtor Michael David Campbell. (Lane, Jessica) (Entered: 10/09/2017) |
| 10/11/2017 | [33](#)<br>(2 pgs) | Notice of Appearance and Request for Notice Filed by Creditor USAA Federal Savings Bank. (Moscov, Evan) (Entered: 10/11/2017) |
| 10/16/2017 | | Minute Entry. Hearing Adjourned with conditions. (related document(s): 8 Meeting of Creditors Chapter 13) Confirmation hearing to be held on 12/04/2017 at 11:00 AM at Courtroom 1875. (csiku) (Entered: 10/17/2017) |
| 10/17/2017 | [34](#)<br>(2 pgs) | Stipulation *Adjourning Hearing*. (^Terry, Tammy (pw)) (Entered: 10/17/2017) |
| 10/20/2017 | [35](#)<br>(1 pg) | Order Adjourning Hearing (RE: related document(s)18 Chapter 13 Plan filed by Debtor Michael David Campbell, Joint Debtor Alicia Dawn Campbell, 34 Stipulation). Confirmation hearing to be held on 12/4/2017 at 11:00 AM at Courtroom 1875. (kel) (Entered: 10/20/2017) |
| 10/20/2017 | [36](#)<br>(13 pgs) | Amended Chapter 13 Plan - Pre Confirmation Filed by Joint Debtor Alicia Dawn Campbell, Debtor Michael David Campbell (RE: related document(s)18 Chapter 13 Plan). (Lane, Jessica) (Entered: 10/20/2017) |
| 10/20/2017 | [37](#)<br>(2 pgs) | Certificate of Service Filed by Joint Debtor Alicia Dawn Campbell, Debtor Michael David Campbell (RE: related document(s)36 Amended Chapter 13 Plan - Pre Confirmation). (Lane, Jessica) (Entered: 10/20/2017) |
| 11/07/2017 | [38](#)<br>(4 pgs) | Notice of Postpetition Mortgage Fees, Expenses, and Charges (Claim # 6) with Certificate of Service *USAA FEDERAL SAVINGS BANK*. (Arnold, Jenelle) (Entered: 11/07/2017) |
| 11/20/2017 | | Minute Entry. Objection to Claim Withdrawn. (related document(s): 28 Objection to Claim with response date and Notice of Hearing filed by Tammy L. Terry) (jmurp) (Entered: 11/20/2017) |
| 11/27/2017 | [39](#)<br>(1 pg) | Debtor's Chapter 13 Confirmation Hearing Certificate Filed by Joint Debtor Alicia Dawn Campbell, Debtor Michael David Campbell. (Lane, Jessica) (Entered: 11/27/2017) |
| 12/04/2017 | | Minute Entry. Confirmation Granted by Consent. (Murphy, J.) (Entered: 12/04/2017) |
| 12/08/2017 | [40](#)<br>(2 pgs) | Order Confirming Chapter 13 Plan; Fees for Jessica M. Lane, Debtor's Attorney, Fees awarded: $3,000.00, Expenses awarded: $0.00; Awarded on 12/8/2017(RE: related document(s)36 Amended Chapter 13 Plan - Pre |

| | | |
|---|---|---|
| | | Confirmation filed by Debtor Michael David Campbell, Joint Debtor Alicia Dawn Campbell). (smk) (Entered: 12/08/2017) |
| 12/08/2017 | [41](#) (2 pgs) | Certificate of Service Filed by Joint Debtor Alicia Dawn Campbell, Debtor Michael David Campbell (RE: related document(s)[40](#) Order Confirming Chapter 13 Plan). (Lane, Jessica) (Entered: 12/08/2017) |
| 01/30/2018 | [42](#) (4 pgs) | Notice of Postpetition Mortgage Fees, Expenses, and Charges (Claim # 6) with Certificate of Service *USAA FEDERAL SAVINGS BANK*. (De Witt, Michele) (Entered: 01/30/2018) |
| 04/05/2018 | [43](#) (1 pg) | Attorney Kristy Steffani has been terminated, she is no longer with the law firm. Adam Berman will be representing in this case. (Entered: 04/05/2018) |
| 06/29/2018 | [44](#) (8 pgs) | Notice of Mortgage Increase Payment Change (Claim # 6) with Certificate of Service Filed by Creditor Nationstar Mortgage, LLC. (Likavec, Brenda) (Entered: 06/29/2018) |
| 08/14/2018 | [45](#) (9 pgs) | Motion for Relief from Stay and Waiving the FRBP 4001 (a)(3) Re: 2015 GMC Sierra . Fee Amount $181, Filed by Creditor Acar Leasing, Ltd., d/b/a GM Financial (Padgett, S. Thomas) (Entered: 08/14/2018) |
| 08/14/2018 | [46](#) (1 pg) | Statement of Corporate Ownership Filed by Creditor Acar Leasing, Ltd., d/b/a GM Financial (RE: related document(s)[45](#) Motion for Relief from Stay and Waiving the FRBP 4001 (a)(3) Re: 2015 GMC Sierra . Fee Amount $181,). (Padgett, S. Thomas) (Entered: 08/14/2018) |
| 08/14/2018 | | Receipt of Motion for Relief from Stay and Waiving FRBP 4001 (a)(3)(17-51036-mlo) [motion,mrlfsty4] ( 181.00) filing fee. Receipt number 32339444, amount . (U.S. Treasury) (Entered: 08/14/2018) |
| 09/05/2018 | [47](#) (1 pg) | Certification of Non-Response Filed by Creditor Acar Leasing, Ltd., d/b/a GM Financial (RE: related document(s)[45](#) Motion for Relief from Stay and Waiving the FRBP 4001 (a)(3) Re: 2015 GMC Sierra . Fee Amount $181,). (Padgett, S. Thomas) (Entered: 09/05/2018) |
| 09/06/2018 | [48](#) (1 pg) | Order Granting Relief from the Post-Confirmation Stay (Related Doc # [45](#)). (kel) (Entered: 09/06/2018) |
| 11/01/2018 | [49](#) (1 pg) | Attorney Adam Berman has been terminated, he has left the law firm. Cheryl Cook will be representing in this case. (Entered: 11/01/2018) |
| 11/01/2018 | [50](#) (1 pg) | Attorney Adam Berman has been terminated, he has left the law firm. Cheryl Cook will be representing in this case. (Entered: 11/01/2018) |
| 12/07/2018 | [51](#) (15 pgs) | Motion for Authority to Obtain Credit Under Section 364(b), Rule 4001(c) or (d) Filed by Joint Debtor Alicia Dawn Campbell, Debtor Michael David Campbell (Lane, Jessica) (Entered: 12/07/2018) |
| 12/07/2018 | [52](#) (7 pgs) | Third Cover Sheet for Amendments to Schedules and or Statements filed Re: Schedule I Your Income, Schedule J Your Expenses, Filed by Joint |

| | | |
|---|---|---|
| | | Debtor Alicia Dawn Campbell, Debtor Michael David Campbell. (Lane, Jessica) (Entered: 12/07/2018) |
| 12/07/2018 | [53](#) (16 pgs) | First Chapter 13 Post-Confirmation Plan Modification Filed by Joint Debtor Alicia Dawn Campbell, Debtor Michael David Campbell (RE: related document(s)[36](#) Amended Chapter 13 Plan - Pre Confirmation). (Lane, Jessica) (Entered: 12/07/2018) |
| 12/10/2018 | [54](#) (1 pg) | Notice of Appearance and Request for Notice Filed by Creditor USAA Federal Savings Bank. (Aitas, Athena) (Entered: 12/10/2018) |
| 01/02/2019 | [55](#) (4 pgs) | Certification of Non-Response Filed by Joint Debtor Alicia Dawn Campbell, Debtor Michael David Campbell (RE: related document(s)[53](#) Chapter 13 Post-Confirmation Plan Modification). (Lane, Jessica) (Entered: 01/02/2019) |
| 01/02/2019 | [56](#) (5 pgs) | Certification of Non-Response Filed by Joint Debtor Alicia Dawn Campbell, Debtor Michael David Campbell (RE: related document(s)[51](#) Motion for Authority to Obtain Credit Under Section 364(b), Rule 4001(c) or (d) ). (Lane, Jessica) (Entered: 01/02/2019) |
| 01/03/2019 | [57](#) (1 pg) | Order to Modify Plan (RE: related document(s)[53](#) Chapter 13 Post-Confirmation Plan Modification filed by Debtor Michael David Campbell, Joint Debtor Alicia Dawn Campbell). (kel) (Entered: 01/03/2019) |
| 01/03/2019 | [58](#) (2 pgs) | Order Authorizing Debtors to Incur Debt (Related Doc # [51](#)). (kel) (Entered: 01/03/2019) |
| 01/03/2019 | [59](#) (2 pgs) | Certificate of Service Filed by Joint Debtor Alicia Dawn Campbell, Debtor Michael David Campbell (RE: related document(s)[57](#) Order Approving Modification of a Confirmed Plan). (Lane, Jessica) (Entered: 01/03/2019) |
| 01/11/2019 | [60](#) (2 pgs) | Second Stipulation By and Between Trustee and Debtors to Amend Payment Order for Employer US Dept of Defense, c/o Defense Finance and Accounting Services, to Pay Trustee $971.60 *per bi-weeklly pay* Filed by Joint Debtor Alicia Dawn Campbell, Debtor Michael David Campbell. (Lane, Jessica) (Entered: 01/11/2019) |
| 01/11/2019 | [61](#) (1 pg) | Second Amended Payment Order for Employer U.S. Department of Defense, to Pay Trustee $971.60 bi-weekly (RE: related document(s)[60](#) Stipulation to Amend Payment Order filed by Debtor Michael David Campbell, Joint Debtor Alicia Dawn Campbell). (MMS) (Entered: 01/11/2019) |
| 01/30/2019 | [62](#) (7 pgs; 4 docs) | Transfer of Claim Transfer Agreement 3001 (e) 2 Transferor: COMENITY CAPITAL BANK (Claim No. 11) To SYNCHRONY BANK Fee Amount $25,. (Attachments: # [1](#) Exhibit CERT OF SERVICE # [2](#) Exhibit BILL OF SALE) (Morrison, Jordan) (Entered: 01/30/2019) |
| 01/30/2019 | | Receipt of Transfer of Claim(17-51036-mlo) [claims,trclm] ( 25.00) filing fee. Receipt number 33276758, amount . (U.S. Treasury) (Entered: 01/30/2019) |

| Date | Doc # | Description |
|---|---|---|
| 02/02/2019 | 63 (2 pgs) | BNC Certificate of Mailing. (RE: related document(s)62 Transfer of Claim) No. of Notices: 0. Notice Date 02/02/2019. (Admin.) (Entered: 02/03/2019) |
| 03/08/2019 | 64 (1 pg) | Attorney Brenda Ann Likavec has been terminated, she has left the law firm. Cheryl D. Cook will be representing in this case. (Entered: 03/08/2019) |
| 06/28/2019 | 65 (9 pgs; 2 docs) | Notice of Mortgage Increase Payment Change (Claim # 6) with Certificate of Service Filed by Creditor USAA Federal Savings Bank. (Attachments: # 1 Exhibit Certificate of Service) (Aitas, Athena) (Entered: 06/28/2019) |
| 01/16/2020 | 66 (21 pgs) | Second Chapter 13 Post-Confirmation Plan Modification Filed by Joint Debtor Alicia Dawn Campbell, Debtor Michael David Campbell (RE: related document(s)53 Chapter 13 Post-Confirmation Plan Modification). (Lane, Jessica) (Entered: 01/16/2020) |
| 02/10/2020 | 67 (4 pgs) | Certification of Non-Response Filed by Joint Debtor Alicia Dawn Campbell, Debtor Michael David Campbell (RE: related document(s)66 Chapter 13 Post-Confirmation Plan Modification). (Lane, Jessica) (Entered: 02/10/2020) |
| 02/10/2020 | 68 (1 pg) | Order to Modify Plan(RE: related document(s)66 Chapter 13 Post-Confirmation Plan Modification filed by Debtor Michael David Campbell, Joint Debtor Alicia Dawn Campbell). (kel) (Entered: 02/10/2020) |
| 02/10/2020 | 69 (2 pgs) | Certificate of Service Filed by Joint Debtor Alicia Dawn Campbell, Debtor Michael David Campbell (RE: related document(s)68 Order Approving Modification of a Confirmed Plan). (Lane, Jessica) (Entered: 02/10/2020) |
| 06/18/2020 | 70 (6 pgs) | Notice of Mortgage Increase Payment Change (Claim # 6) with Certificate of Service Filed by Creditor Nationstar Mortgage, LLC. (Cook, Cheryl) (Entered: 06/18/2020) |
| 09/14/2020 | 71 (20 pgs) | Third Chapter 13 Post-Confirmation Plan Modification Filed by Joint Debtor Alicia Dawn Campbell, Debtor Michael David Campbell (RE: related document(s)66 Chapter 13 Post-Confirmation Plan Modification). (Lane, Jessica) (Entered: 09/14/2020) |
| 09/14/2020 | 72 (2 pgs) | Certificate of Service Filed by Joint Debtor Alicia Dawn Campbell, Debtor Michael David Campbell (RE: related document(s)71 Chapter 13 Post-Confirmation Plan Modification). (Lane, Jessica) (Entered: 09/14/2020) |
| 10/09/2020 | 73 (4 pgs) | Certification of Non-Response Filed by Joint Debtor Alicia Dawn Campbell, Debtor Michael David Campbell (RE: related document(s)71 Chapter 13 Post-Confirmation Plan Modification). (Lane, Jessica) (Entered: 10/09/2020) |
| 10/09/2020 | 74 (1 pg) | Order to Modify Plan(RE: related document(s)71 Chapter 13 Post-Confirmation Plan Modification filed by Debtor Michael David Campbell, Joint Debtor Alicia Dawn Campbell). (kel) (Entered: 10/09/2020) |

| | | |
|---|---|---|
| 10/09/2020 | [75](#) (2 pgs) | Certificate of Service Filed by Joint Debtor Alicia Dawn Campbell, Debtor Michael David Campbell (RE: related document(s)[74](#) Order Approving Modification of a Confirmed Plan). (Lane, Jessica) (Entered: 10/09/2020) |
| 11/03/2020 | [76](#) (3 pgs; 2 docs) | Notice of Postpetition Mortgage Fees, Expenses, and Charges (Claim # 6) with Certificate of Service Filed by Creditor USAA Federal Savings Bank. (Attachments: # [1](#) Exhibit Certificate of Service) (Burnard, Heather) (Entered: 11/03/2020) |
| 06/14/2021 | [77](#) (7 pgs) | Notice of Mortgage Increase Payment Change (Claim # 6) with Certificate of Service Filed by Creditor Nationstar Mortgage, LLC. (Cook, Cheryl) (Entered: 06/14/2021) |
| 11/04/2021 | [78](#) (2 pgs) | Notice of Creditor USAA Federal Savings Bank Address Change Creditor USAA Federal Savings Bank. (Lykins, Susana) (Entered: 11/04/2021) |
| 12/17/2021 | [79](#) (2 pgs) | Notice of Creditor USAA FEDERAL SAVINGS BANK Address Change. (DiGiannantonio, Cristina) (Entered: 12/17/2021) |
| 12/17/2021 | [80](#) (2 pgs) | Notice of Creditor USAA Federal Savings Bank Address Change. (DiGiannantonio, Cristina) (Entered: 12/17/2021) |
| 12/17/2021 | [81](#) (2 pgs) | Notice of Creditor USAA Federal Savings Bank Address Change. (DiGiannantonio, Cristina) (Entered: 12/17/2021) |
| 02/21/2022 | [82](#) (19 pgs) | Application for Compensation for Jessica M. Lane, Debtor's Attorney, Period: 12/8/2017 to 12/31/2021, Fee: $3634.75, Expenses: $81.40. Filed by Attorney Jessica M. Lane (Lane, Jessica) (Entered: 02/21/2022) |
| 04/03/2022 | [83](#) (5 pgs) | Certification of Non-Response Filed by Joint Debtor Alicia Dawn Campbell, Debtor Michael David Campbell (RE: related document(s)[82](#) Application for Compensation for Jessica M. Lane, Debtor's Attorney, Period: 12/8/2017 to 12/31/2021, Fee: $3634.75, Expenses: $81.40.). (Lane, Jessica) (Entered: 04/03/2022) |
| 04/04/2022 | [84](#) (1 pg) | Order Approving Fee Application Post-Confirmation (Related Doc [82](#)) for Jessica M. Lane, Fees Awarded: $0.00, Expenses Awarded: $0.00. (cmcl) Fee Order has been amended and reported in court order #86 Modified on 5/6/2022 (drona). (Entered: 04/04/2022) |
| 05/06/2022 | [85](#) (2 pgs) | Stipulation for Compensation *to Correct Order Approving Fee Application Post-Petition* for Jessica M. Lane, Debtor's Attorney, Period: 12/8/2017 to 12/31/2021, Fee: $3634.75, Expenses: $81.40. Filed by Attorney Jessica M. Lane (Lane, Jessica) (Entered: 05/06/2022) |
| 05/06/2022 | [86](#) (1 pg) | Amended Order Approving Fee Application Post-Confirmation (Related Doc # [85](#)) for Jessica M. Lane, Fees Awarded: $3634.75, Expenses Awarded: $81.40. (cmcl) (Entered: 05/06/2022) |
| 06/21/2022 | [87](#) (6 pgs) | Notice of Mortgage Payment Change (Claim # 6) with Certificate of Service Filed by Creditor Nationstar Mortgage, LLC. (Cook, Cheryl) (Entered: 06/21/2022) |

| | | |
|---|---|---|
| 06/29/2022 | 88 (19 pgs) | Fourth Chapter 13 Post-Confirmation Plan Modification Filed by Joint Debtor Alicia Dawn Campbell, Debtor Michael David Campbell (RE: related document(s)71 Chapter 13 Post-Confirmation Plan Modification). (Lane, Jessica) (Entered: 06/29/2022) |
| 07/25/2022 | 89 (5 pgs) | THIS PLEADING HAS BEEN STRICKEN PER ORDER OF THE COURT DATED 7/25/2022. Certification of Non-Response Filed by Joint Debtor Alicia Dawn Campbell, Debtor Michael David Campbell (RE: related document(s)88 Chapter 13 Post-Confirmation Plan Modification). (Lane, Jessica) Modified on 7/25/2022 (MSK). (Entered: 07/25/2022) |
| 07/25/2022 | 90 | Order of the Court to Strike: This pleading is stricken from the record because it was filed prematurely and the time for filing Objections has not yet expired (related documents Certification of Non-Response). So Ordered by /s/ Judge Maria L. Oxholm.(RE: related document(s)89 Certification of Non-Response filed by Debtor Michael David Campbell, Joint Debtor Alicia Dawn Campbell) (Lewis, C) <br><br>***This Notice of Electronic Filing is the Official ORDER for this entry. No ORDER is attached.*** <br><br>(Entered: 07/25/2022) |
| 07/26/2022 | 91 (5 pgs) | Certification of Non-Response Filed by Joint Debtor Alicia Dawn Campbell, Debtor Michael David Campbell (RE: related document(s)88 Chapter 13 Post-Confirmation Plan Modification). (Lane, Jessica) (Entered: 07/26/2022) |
| 07/26/2022 | 92 (1 pg) | Order to Modify Plan(RE: related document(s)88 Chapter 13 Post-Confirmation Plan Modification filed by Debtor Michael David Campbell, Joint Debtor Alicia Dawn Campbell). (cmcl) (Entered: 07/26/2022) |
| 07/26/2022 | 93 (3 pgs) | Certificate of Service Filed by Joint Debtor Alicia Dawn Campbell, Debtor Michael David Campbell (RE: related document(s)92 Order Approving Modification of a Confirmed Plan). (Lane, Jessica) (Entered: 07/26/2022) |
| 08/17/2022 | 94 (8 pgs; 3 docs) | Transfer of Claim Transfer Agreement 3001 (e) 2 Transferor: Nationstar Mortgage LLC (Claim No. 6) To Nationstar Mortgage LLC Fee Amount $26, Filed by Creditor Nationstar Mortgage, LLC (Attachments: # 1 Exhibit COS) (Burnard, Heather) (Entered: 08/17/2022) |
| 08/17/2022 | | Receipt of Transfer of Claim( 17-51036-mlo) [claims,trclm] ( 26.00) filing fee. Receipt number A39497661, amount . (U.S. Treasury) (Entered: 08/17/2022) |
| 08/20/2022 | 95 (3 pgs) | BNC Certificate of Mailing. (RE: related document(s)94 Transfer of Claim filed by Creditor Nationstar Mortgage, LLC) No. of Notices: 0. Notice Date 08/20/2022. (Admin.) (Entered: 08/21/2022) |
| 11/15/2022 | 96 (6 pgs) | Notice of Postpetition Mortgage Fees, Expenses, and Charges (Claim # 6) with Certificate of Service Filed by Creditor Nationstar Mortgage, LLC. (Cook, Cheryl) (Entered: 11/15/2022) |

| | | |
|---|---|---|
| 02/10/2023 | [97](#) (6 pgs) | Chapter 13 Trustee's Notice of Completion of Plan Payments and Notice of Final Cure Mortgage Payment w/Certificate of Service. Objection to Notice of Completion of Plan Payment and Response to Notice of Final Cure Mortgage Payment due by 03/6/2023. (Terry, Tammy) (Entered: 02/10/2023) |
| 02/10/2023 | [98](#) (2 pgs) | Certification Regarding Domestic Support Obligation. Debtor is not required to pay a domestic support obligation Filed by Debtor Michael David Campbell. (Lane, Jessica) (Entered: 02/10/2023) |
| 02/10/2023 | [99](#) (2 pgs) | Certification Regarding Domestic Support Obligation. Joint Debtor is not required to pay a domestic support obligation Filed by Joint Debtor Alicia Dawn Campbell. (Lane, Jessica) (Entered: 02/10/2023) |
| 02/23/2023 | [100](#) (3 pgs; 2 docs) | Response Agreeing with Notice of Final Cure Payment (Claim # 6) with Certificate of Service Filed by Creditor Nationstar Mortgage, LLC (RE: related document(s)[97](#) Ntc of Completion of Plan/Ntc of Final Cure Mortgage with Certificate of Service (batch)). (Attachments: # [1](#) Exhibit COS) (Burnard, Heather) (Entered: 02/23/2023) |
| 03/08/2023 | [101](#) (2 pgs) | Order Discharging Debtor(s) After Completion of Plan as to **Both Debtors** . (ADI: cmcl) (Entered: 03/08/2023) |
| 03/10/2023 | [102](#) (5 pgs) | BNC Certificate of Mailing - Order of Discharge. No. of Notices: 11. Notice Date 03/10/2023. (Admin.) (Entered: 03/11/2023) |
| 04/14/2023 | [103](#) (5 pgs) | Certificate of Service *Final Report and Account*. (Terry, Tammy) (Entered: 04/14/2023) |
| 04/14/2023 | [104](#) (3 pgs) | Chapter 13 Trustee's Final Report and Account. Objection to Chapter 13 Trustee Final Report due by 05/15/2023. (Terry, Tammy) (Entered: 04/14/2023) |
| 05/16/2023 | | Final Decree: The bankruptcy estate has been fully administered. The bankruptcy court has decreed that Trustee Tammy L. Terry is discharged as trustee of the estate and the bond is cancelled and the chapter 13 case is closed. (ADI) (Entered: 05/16/2023) |

## PACER Service Center

### Transaction Receipt

08/29/2023 12:32:36

| PACER Login: | | Client Code: | |
|---|---|---|---|
| **Description:** | Docket Report | **Search Criteria:** | 17-51036-mlo Fil or Ent: filed Doc From: 0 Doc To: 99999999 Term: included Format: html Page counts for documents: included |

| Billable Pages: | 8 | Cost: | 0.80 |